# UNITED STATES DISTRICT COURT

## Western District of Missouri

**MICHAEL L. SAYLES**

 v.

**COUNTY OF COLE, et al**

JUDGMENT IN A CIVIL CASE

Case Number: 06-4160-CV-C-SOW

_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

–   that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

ENTERED ON: August 29, 2006

August 29, 2006

Date

        PATRICIA L. BRUNE

        Clerk

        /s L. Bax

        (By) Deputy Clerk